

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-16-00623-CR

Billy Ray **MONREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-04-11496-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn P. Barnard, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is hereby GRANTED. Time is extended to April 9, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court